CR. Form No. 17 - Adapted (7/99)
Appearance Bond (Unsecured)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

v.   Criminal No.   4:23cr88

MICHAEL DEWALT

I, the undersigned defendant, acknowledge that I and my personal representatives are bound to pay the United States of America the sum of **ONE THOUSAND FIVE HUNDRED DOLLARS ($1500.00)**.

The conditions of this bond are that the defendant is to appear in the United States District Court for the Eastern District of Virginia at Newport News on **AS DIRECTED at** and at such other times and places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court for the Eastern District of Virginia or any other United States District Court to which the defendant may be removed or the cause transferred.

That the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount stated above, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated.

By entering into this bond, the obligor submits to the jurisdiction of this court and appoints the clerk of the court as his agent upon whom papers affecting his liability may be served. The defendant agrees to notify the court promptly in the event of a change of address.

This bond is signed on the ___18th___ day of ___December___, 2023, pursuant to order of this court entered ___12/18___, 2023.

_____
Michael Dewalt, Defendant

Signed and acknowledged before me this
day of _____December 18_____, 2023.

_____
Deputy Clerk